William McGEEHON, Appellant,

v.

Doctor Ann MUELLER; Captain Michael Foehring; Jim Payne, Appellees.

No. 01–3198.

United States Court of Appeals, Eighth Circuit.

Submitted April 5, 2002.

Filed April 8, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Iowa inmate William McGeehon appeals the district court's adverse grant of summary judgment in McGeehon's civil rights action against corrections employees and a physician. Having carefully reviewed the

record, we conclude summary judgment was proper, and we thus affirm the district court. *See* 8th Cir. R. 47B.